UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

La'Keya Keo

(Enter above the full name of plaintiff in this action)

v.

Roxbury Treatment Center

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:24-cv-1790
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
OCT 18 2024
PER ___MA___
DEPUTY CLERK

## COMPLAINT

1. The plaintiff La'Keya Keo a citizen of the County of York State of Pennsylvania, residing at 1601 Albright Ave

wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is Roxbury Treatment Center Franklin, PA 601 Roxbury Road

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) I was illegally

3. (CONTINUED) 302 Forced by state police of york county then from york hospital they forced me to Roxbury treatment center where they was never a established relationship between the doctor's there. They abused me lasered me engaged in cyber crimes against me. They kept forcing me to take medication that was way to strong for me. I was wrongfully diagnosed they held me there threating to restrain me if I would not take the medication I would not get discharge. They refuse to change the docto

4. WHEREFORE, plaintiff prays that Allah blesses me with immediate relief of 2.5 Billion - $7.2 Billion american us dollars as I deserve I was abused, discrimination, Race, color gender, religion, National orgin, age, disability and retaliation for standing for my human rights and my freedom robbed right before my eyes Thank you.

(Signature of Plaintiff) Ja'Keya Keo
10/13/24

5. ~~Continued~~

I had to fight and tell them I had my own apartment their. Devine was a male nurse there who pull me aside and stated to help me out that I must take the medicine, I was have bad side effects. I was harass daily until discharge. I have requested for my case worker from Merakey (EAC) Extended Acute Care to get a release of information of my documents I will submit them as so as I receive them. I suffered there it caused my nerves to be very bad caused me horrible headaches. My eye was twitching very- dangerous. And they just kept losering me where I would also remain light headed dizzy. The did nothing to help me. I was the only African American Black muslim women that they was doing this to. I was very unsafe there. It was Allah's blessing my mother had to

tell them I was a mother of 3 children and two minor sons that I take care of and I had my own apartment. I take very good care of myself and children. The state needs to shut Roxbury treatment center down. It was a horrific experience it is terrible there what they have done to me. I never deserve that at all. And about a month away from my freedom and children.

Ja'kuya Kuo
10/13/2024

Everytime I try to call I do not get a response. You may contact me at Merakey Extended Acute Care (EAC)
651 Albright Ave
York PA 17404
(717) 846-4490 Ext 280 or 231
code to speak to me #11

As I am seeking to hire a Attorney None has called me back yet.

Filing Claims - Discrimination
based on Race - African American
 color - Black
 Gender - Female
 Religion - Muslim
 National Orgn - English
 Age - 43  1981
 Disability - ADHD, Depression
 anxiety,
 Retaliation - yes
 pain and Suffering - yes

 *Jaikeya Keo*
 10/13/2024

**Merakey**
Innovative Care and
Education Solutions

651 Albright Avenue
York, PA 17404

RECEIVED, PA
HARRISBURG, PA
OCT 18 2024
PER _____ M.A.
DEPUTY CLERK

HARRISBURG PA 171
15 OCT 2024 PM 2 L

United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

17102—210999